IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIM. 97-020-01 (PG) |
| JOSE A. RIVERA-RIVERA | * |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The United States Marshal
and
Warden, Bayamón Correctional Institution No. 308
Bayamón, Puerto Rico

We command you, the Warden, to release JOSE A. RIVERA-RIVERA to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Herman Wirshing, US Marshal for the District of Puerto Rico, to have the body of JOSE A. RIVERA-RIVERA , and take him under your custody under safe and secure conduct, and remove the said JOSE A. RIVERA-RIVERA forthwith and bring him before HONORABLE JUAN M. PEREZ-GIMENEZ, US District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **January 21, 2005 at 10:00 a.m.** and any subsequent days thereafter, and that you safely and securely return said JOSE A. RIVERA-RIVERA , to the custody of the Warden, Bayamón Correctional

2

Crim. No. 97-020-01 (PG)
Writ of Habeas Corpus Ad Prosequendum

Institution No. 308 as soon thereafter as the hearing is concluded in accordance with the law.

    WITNESS the Honorable Juan M. Pérez-Giménez
    U. S. District Judge, United States
    District Court for the District of
    Puerto Rico, at Hato Rey, Puerto Rico
    and the Seal of said Court,
    this 14th day of December, 2004.

    FRANCES RIOS DE MORAN
    Clerk, U. S. District Court for
    the District of Puerto Rico

    By: <u>S/Janet González</u>
        JANET GONZALEZ
        Deputy Clerk