IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>JOSE A. RIVERA-RIVERA,<br>    Defendant | CRIMINAL NO.   97-020  (PG) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by Mr. José A. Rivera-Rivera, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on September 23, 2005,  by the Hon. Juan M. Pérez-Giménez, United States District Judge  for the District Court of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th  day of October, 2005.

**JOSEPH C. LAWS, JR**
**Federal Public Defender**
**District of Puerto Rico**


*S/Carlos A. Vázquez-Alvarez*
**CARLOS A. VÁZQUEZ-ALVAREZ**
**USDC-PR 206903**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail : carlos_vazquez@fd.org**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 4th day of October, 2005.

**JOSEPH C. LAWS, JR**
**Federal Public Defender**
**District of Puerto Rico**

*S/Carlos A. Vázquez-Alvarez*
**CARLOS A. VÁZQUEZ-ALVAREZ**
**USDC-PR 206903**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail : carlos_vazquez@fd.org**