UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**         *
                                      *
           Vs.                        *         97-CR-00020-001 (PG)
                                      *
**RIVERA-RIVERA, JOSE A.**            *
                                      *
-------------------------------------- *

ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office for suggested wording.

IT IS SO ORDERED.

San Juan, Puerto Rico, this October 12, 2005.

                                             **FRANCES RIOS DE MORAN**
                                             Clerk of the Court

                                             By: Janis Palma
                                             Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____