UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of  Record  to the Court of Appeals</u>

DATE:	October 24, 2005

DC #:	97-020  (PG)

APPEAL FEE PAID:	YES  ____	NO  _X_

CASE CAPTION:	USA   v.   Rivera-Rivera
	Defendant:   José A. Rivera-Rivera (1)

IN FORMA PAUPERIS:	YES  _X_	NO  ____

MOTIONS PENDING:	YES  ____	NO  _X_

NOTICE OF APPEAL FILED BY:	Defendant

APPEAL FROM:	Judgment for Revocation imposed on   09/23/05 and entered on 09/28/05

SPECIAL COMMENTS:	Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:	VOLUMES:

Docket Entries	266,272,274,277,281,287,288,297,299,300	I


I HEREBY certify that the enclosed documents contained h+erein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

	FRANCES RIOS DE MORAN
	Clerk of the Court


	S/ Xiomara Muñiz
	Xiomara Muñiz
	Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk