# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

**DATE:** January 25, 2006

**DC #:** 97-020 (PG)

**USCA #:** 05-2629

**CASE CAPTION:**     USA    v.    Rivera-Rivera
             **Defendant:**    José A. Rivera-Rivera (1)

**SPECIAL COMMENTS:**    Original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                          **VOLUMES:**

**Docket Entry   308   (Transcript)**                                         I


I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described above and constitute the supplemental record on appeal in the case.

                              FRANCES RIOS DE MORAN
                              Clerk of the Court


                              S/ Xiomara Muñiz
                              Xiomara Muñiz
                              Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk